# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA MAWK,**

      **Plaintiff,**

**v.**                                         Case No:   6:13-cv-1469-Orl-22KRS

**KAPLAN UNIVERSITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendant's Renewed Motion for Non-Taxable Costs and Attorneys' Fees (Doc. No. 62) filed on April 27, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 21, 2015 (Doc. No. 63), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Renewed Motion for Non-Taxable Costs and Attorneys' Fees is hereby GRANTED in part.

3. Defendant is hereby awarded $4,436.89 for costs and $155,995.45 in attorneys' fees.

4. Defendant is barred from filing a motion for attorneys' fees incurred in the preparation of the instant Renewed Motion for Non-Taxable Costs and Attorneys' Fees.

**DONE** and **ORDERED** in Orlando, Florida on August 6, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties